After a hearing on remand, the Mobile Circuit Court made the following determinations: (1) "that the State has in fact disclosed all the information within its knowledge;" and (2) "that the information so furnished . . . is not . . . sufficient to identify the informant, taking into consideration all the circumstances of this case."
We have reviewed the transcript of the hearing on remand, and we agree with the circuit court's conclusion that the information disclosed to appellant was wholly insufficient to identify the participating informant in this case. Roviaro v.U.S., 353 U.S. 53, 77 S.Ct. 623, 1 L.Ed.2d 639. The judgment of conviction is therefore reversed and the cause remanded.
REVERSED AND REMANDED.
All the Judges concur.